**United States District Court**
**Violation Notice**

CVB Location Code: CCLS

Violation Number: 7054044

Officer Name (Print): Rmatus R3R3

Officer No.

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 11/25/2017 1932

Offense Charged: ☑CFR ☐USC ☐State Code
43CFR834.1.(d)

Place of Offense: Boone Rd Johnsonville

Offense Description: Factual Basis for Charge
Open Container
Alcohol passenger (K2393 (B))

**DEFENDANT INFORMATION**

Last Name: Carson

First Name: Matthew

M.I.: R

Tag No.

State

Year

Make/Model

PASS ☐

Color

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → $ 150

$ 120   Forfeiture Amount
+ $30   Processing Fee
$ 150   Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: To be Notified

Date (mm/dd/yyyy)

Time (hh:mm)

X Defendant Signature

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

(Rev. 09/2015)

Original - CVB Copy

CVB SCAN DEC 22, 2017 14:59

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___, while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:
Date (mm/dd/yyyy) 11/25/2017   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN DEC 22, 2017 14:59

Incident # LM17052736         CVB Loc. Code CC15         Violation Notice #7054044

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state than on November 25th 2017, while exercising my duties as a law enforcement officer in the Central District of California

At approximately 1932 hrs, while patrolling Boone rd. (Johnson Valley OHV area) I stop a pick-up truck with the registration displaying expired. The passenger CARSON Mattew who was identified by his Idaho driver's license and confirmed through FICC dispatch had an open container of Alcohol (Coors beer can). Carson admitted that he was drinking beer inside the vehicle while the vehicle was in motion.

I issued CARSON a violation noticed for 43 CFR8341.1 (d) CVC 23223 (b) Possession Open Container Alcohol Passenger

This area is public land administered by the Bureau of Land Management.

The foregoing statement is based upon:
☒ My personal observation                    ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: ___11/25/2017___          _____
                Date (MM/DD/YYYY)            Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____          _____
                Date (MM/DD/YYYY)            U. S. Magistrate Judge

Page 1 of 1