# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## PROCEEDINGS SHEET ON VIOLATION NOTICE

Case No.(s) EDCR18-85-PJW (CC15 7054044)   CourtSmart: CS 3-9-18   Date: March 9, 2018

Present: The Honorable: Patrick J. Walsh, United States Magistrate Judge

| Donnisha Brown | S. McCaslin / J. Gay | None | N/A |
|---|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter | Language |

| United States of America v. Matthew Carson | Attorney Present for Defendant: Jelani Lindsey |
|---|---|
| ☑ Present ☐ Custody ☐ Bond ☐ Summons | ☑ Present ☐ CJA ☐ Ret'd ☑ DFPD ☐ Not Present |

## PROCEEDINGS HAD ON VIOLATION NOTICE

☑ Defendant arraigned. Informed of charges and rights.
☑ Defendant filed financial affidavit and is informed of consequences if any false information is given.
☑ Attorney appointed  Jelani Lindsey   ☑ DFPD / ☐ PANEL
☑ Defendant executes a Consent to be Tried by U.S. Magistrate Judge.
☑ Defendant enters plea of: ☑ Guilty ☐ Not Guilty ☐ Nolo Contendere
☑ Court accepts plea.
☐ Court orders case continued to: _____ at _____ in Courtroom _____ for _____
☐ Bail is set at $_____ P/R. ☐ Defendant released.
☐ Fine imposed. See separate order re: fine.
☐ On motion of the government, Court orders case dismissed as to citation(s): _____
☐ Court orders case dismissed.
☐ Court orders defendant participate in Traffic School, complete same by _____ or appear on _____ in Courtroom _____ before _____
☐ The Court signs the Probation Order pursuant to Title 18 U.S.C. 3607.
☑ Defendant is notified of the right to appeal sentence.
☑ Other  $50 fine, $25 special assessment, $30 processing fee; $105 due 4/9/18.

cc: AUSA

D. Brown
Deputy Clerk

Time in Court: 00:10

M-2 (08/13)    PROCEEDINGS SHEET ON VIOLATION NOTICE