FILED
CLERK, U.S. DISTRICT COURT

MAR - 9 2018

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

# United States District Court

__Central__ DISTRICT OF __California__

UNITED STATES OF AMERICA

v.

MATThew LARSOn

**CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE**

CASE NUMBER: EDCR18- 85 - PJW

The United States magistrate judge has explained to me the nauture of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I a, found guilty. The magistrate judge has informed me of my right to the assistance of legal cousel. The magistrate judge has informed me of my right to trial, judgment and sentencing before a United States district judge or a United States magistrate judge.

I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.

x _[signature: Matthew]_,
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

I HEREBY: Waive (give up) my right to trial by jury. _[signature: Matthew]_
Defendant

Consented to by United States _____
Signature

_____
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

(x) _[signature: Matthew]_,
3/9/18
Defendant

_[signature]_
Defendant's Attorney (if any)

_[signature: Patrick J. Walsh]_
U.S. Magistrate Judge

3-9-18
Date